AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL ADAM ASSENBERG,

    Plaintiff,

v.

COMMUNITY ACTION CENTER, et al,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-193-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The defendants' motion for summary judgment is granted. Mr. Assenberg's claims are dismissed with prejudice. Case is closed.

| | |
|---|---|
| November 26, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |